AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Lisa Bowen**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __4/30/2026__

 __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Lisa Bowen** was received by me on *(date)*_____.

• I personally served the summons on **Lisa Bowen** at *(place)*_____
_____ on *(date)*_____; or

• I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

• I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

• I returned the summons unexecuted because _____
_____; or

• Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                    _____
                                                          *Printed name and title*


                                                    _____
                                                          *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al.<br>*Plaintiff*<br><br>v.<br><br>RICHWOOD CORRECTIONAL CENTER L L C , et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:26–CV–01378–TAD–KDM<br>)  Judge Terry A Doughty<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**William Bryant**


       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

       If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/30/2026                /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **William Bryant** was received by me on *(date)*_____.

- I personally served the summons on **William Bryant** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                    *Server's signature*

                                              _____
                                                   *Printed name and title*

                                              _____
                                                     *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRIS D MONTERROSO–LEMUS, et al. )
      Plaintiff )
      v. ) Civil Action No. 3:26–CV–01378–TAD–KDM
       ) Judge Terry A Doughty
RICHWOOD CORRECTIONAL CENTER L L )
C , et al. )
      Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Tramar Byrd**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                **Nelson Welch Cameron**
                **675 Jordan St**
                **Shreveport, LA 71101**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                                           __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Tramar Byrd** was received by me on *(date)*_____.

- I personally served the summons on **Tramar Byrd** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*


                                        _____
                                                *Printed name and title*


                                        _____
                                                    *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**CorrectMed L L C**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                **Nelson Welch Cameron**
                **675 Jordan St**
                **Shreveport, LA 71101**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                            __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **CorrectMed L L C** was received by me on *(date)*_____.

- I personally served the summons on **CorrectMed L L C** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                        *Server's signature*

                                                         _____
                                                                        *Printed name and title*

                                                         _____
                                                                        *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Roger Dawkins**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2026

 /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Roger Dawkins** was received by me on *(date)*_____.

- I personally served the summons on **Roger Dawkins** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____               _____
                                                     *Server's signature*

                                             _____
                                                    *Printed name and title*


                                             _____
                                                     *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Pamela Hearne**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2026         /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
### PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Pamela Hearne** was received by me on *(date)*_____.

- I personally served the summons on **Pamela Hearne** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRIS D MONTERROSO–LEMUS, et al. )
                    Plaintiff )
              v. ) Civil Action No. 3:26–CV–01378–TAD–KDM
                                      ) Judge Terry A Doughty
RICHWOOD CORRECTIONAL CENTER L L )
                    C , et al. )
                    Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Joseph Hill**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                          _/s/ – Daniel J. McCoy_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joseph Hill** was received by me on *(date)*_____.

• I personally served the summons on **Joseph Hill** at *(place)*_____
_____ on *(date)*_____; or

• I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

• I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

• I returned the summons unexecuted because _____
_____; or

• Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                              *Server's signature*

                                                     _____
                                                              *Printed name and title*

                                                     _____
                                                              *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**LaSalle Corrections L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nelson Welch Cameron**
**675 Jordan St**
**Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/30/2026    /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **LaSalle Corrections L L C** was received by me on
*(date)*_____.

- I personally served the summons on **LaSalle Corrections L L C** at
  *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRIS D MONTERROSO–LEMUS, et al. )
Plaintiff )
v. ) Civil Action No. 3:26–CV–01378–TAD–KDM
) Judge Terry A Doughty
RICHWOOD CORRECTIONAL CENTER L L )
C , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**LaSalle Management Co L L C**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                **Nelson Welch Cameron**
                **675 Jordan St**
                **Shreveport, LA 71101**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __4/30/2026__                                 __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **LaSalle Management Co L L C** was received by me on
*(date)*_____.

- I personally served the summons on **LaSalle Management Co L L C** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

|  |  |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
|  | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Lasalle Corrections Transport L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/30/2026   /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Lasalle Corrections Transport L L C** was received by me on
*(date)*_____.

- I personally served the summons on **Lasalle Corrections Transport L L C** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                    *Server's signature*

                                            _____
                                                    *Printed name and title*


                                            _____
                                                    *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Tiffany Luckett**

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

        If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/30/2026

 /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Tiffany Luckett** was received by me on *(date)*_____.

- I personally served the summons on **Tiffany Luckett** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                *Server's signature*

                                          _____
                                                *Printed name and title*

                                          _____
                                                *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRIS D MONTERROSO–LEMUS, et al.     )

            Plaintiff              )

             v.           ) Civil Action No. 3:26–CV–01378–TAD–KDM

              ) Judge Terry A Doughty

RICHWOOD CORRECTIONAL CENTER L L )

          C , et al.

            Defendant            )

## SUMMONS IN A CIVIL ACTION

To:
**Clay K McConnell**

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      **Nelson Welch Cameron**
                      **675 Jordan St**
                      **Shreveport, LA 71101**

       If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                                       __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Clay K McConnell** was received by me on
*(date)*_____.

- I personally served the summons on **Clay K McConnell** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                          *Server's signature*

                                                   _____
                                                          *Printed name and title*

                                                   _____
                                                          *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRIS D MONTERROSO–LEMUS, et al. )
Plaintiff                                )
v.                                       ) Civil Action No. 3:26–CV–01378–TAD–KDM
                                   ) Judge Terry A Doughty
RICHWOOD CORRECTIONAL CENTER L L )
C , et al.                               )
Defendant                                )

## SUMMONS IN A CIVIL ACTION

To:
**Wesley W McConnell**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2026      /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Wesley W McConnell** was received by me on
*(date)*_____.

- I personally served the summons on **Wesley W McConnell** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                   *Server's signature*

                                      _____
                                                *Printed name and title*


                                      _____
                                                   *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**William K McConnell**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/30/2026     /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **William K McConnell** was received by me on
*(date)*_____.

- I personally served the summons on **William K McConnell** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Kenna McMillon**

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

        If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2026                    /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Kenna McMillon** was received by me on
*(date)*_____.

- I personally served the summons on **Kenna McMillon** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                    *Server's signature*

                                     _____
                                                 *Printed name and title*


                                     _____
                                                    *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Renee Ogden**

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

        If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2026

 /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Renee Ogden** was received by me on *(date)*_____.

- I personally served the summons on **Renee Ogden** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*


                                                 _____
                                                        *Printed name and title*


                                                 _____
                                                         *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. <br> Plaintiff <br> v. <br> <br> RICHWOOD CORRECTIONAL CENTER L L C , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:26–CV–01378–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Indalecio Ramos**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2026    /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Indalecio Ramos** was received by me on
*(date)*_____.

- I personally served the summons on **Indalecio Ramos** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                            *Server's signature*

                                          _____
                                            *Printed name and title*

                                          _____
                                            *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Town of Richwood**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                          __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Town of Richwood** was received by me on
*(date)*_____.

- I personally served the summons on **Town of Richwood** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                          *Server's signature*


                                              _____
                                                        *Printed name and title*


                                              _____
                                                          *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Richwood Correctional Center L L C**

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                           **Nelson Welch Cameron**
                           **675 Jordan St**
                           **Shreveport, LA 71101**

       If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                                      _/s/ – Daniel J. McCoy_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Richwood Correctional Center L L C** was received by me on
*(date)*_____.

- I personally served the summons on **Richwood Correctional Center L L C** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                          *Server's signature*

                                                _____
                                                          *Printed name and title*

                                                _____
                                                          *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:26–CV–01378–TAD–KDM |
| | ) Judge Terry A Doughty |
| RICHWOOD CORRECTIONAL CENTER L L C , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Kristina Rothschild**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/30/2026    /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kristina Rothschild** was received by me on
*(date)*_____.

- I personally served the summons on **Kristina Rothschild** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's signature*

                                         _____
                                                       *Printed name and title*

                                         _____
                                                         *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| IRIS D MONTERROSO–LEMUS, et al. <br> *Plaintiff* <br> v. <br> <br> RICHWOOD CORRECTIONAL CENTER L L C , et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:26–CV–01378–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Stewart Smith**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        **Nelson Welch Cameron**
                        **675 Jordan St**
                        **Shreveport, LA 71101**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2026__                                         __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Stewart Smith** was received by me on *(date)*_____.

- I personally served the summons on **Stewart Smith** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                          *Server's signature*

                                      _____
                                        *Printed name and title*

                                      _____
                                          *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRIS D MONTERROSO–LEMUS, et al.　　　)
　　　　　　Plaintiff　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　　　) Civil Action No. 3:26–CV–01378–TAD–KDM
　　　　　　　　　　　　　　　　　　　) Judge Terry A Doughty
RICHWOOD CORRECTIONAL CENTER L L )
　　　　　　　C , et al.　　　　　　　　　　)
　　　　　　Defendant　　　　　　　　　　)

## SUMMONS IN A CIVIL ACTION

To:
**Patrick M Temple**

　　　　　A lawsuit has been filed against you.

　　　　　Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Nelson Welch Cameron**
> **675 Jordan St**
> **Shreveport, LA 71101**

　　　　　If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:　__4/30/2026__　　　　　　　　　　　　　　　__/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:26–CV–01378–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Patrick M Temple** was received by me on
*(date)*_____.

- I personally served the summons on **Patrick M Temple** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc: