(Rev. 6/14/2022)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### WESTERN DIVISION

Iris D. Monterroso-Lemus, et al.
Plaintiff

Case No. 3:26-cv-01378

VS.
Richwood Correctional Center, L.L.C., et al.
Defendant

Judge TERRY A. DOUGHTY
Magistrate Judge KAYLA D. MCCLUSKY

## ORDER

IT IS ORDERED that Dan L. Gray Jr. be and is hereby admitted to the bar of this Court pro hac vice on behalf of Iris D. Monterroso-Lemus and Gary J. Bivens in the above described action.

SO ORDERED on this, the __4th__ day of _May_, 20_26__.

_Kayla D. McClusky_
U.S. Magistrate Judge